## 58980. SMITH v. COMMERCIAL UNION ASSURANCE COMPANY.

DEEN, Chief Judge.

The Supreme Court having reversed our prior opinion in this case (246 Ga. 50, 268 SE2d 632) (1980), the opinion in *Smith v. Commercial Union Assur. Co.,* 153 Ga. App. 38 (264 SE2d 530) (1980) is hereby vacated, and the judgment of the trial court dismissing Commercial Union as a party defendant is

*Reversed. Shulman and Carley, JJ., concur.*

ARGUED NOVEMBER 6, 1979 — DECIDED SEPTEMBER 3, 1980.

*Guerry R. Thornton, Jr.,* for appellant.
*Stanley M. Karsman,* for appellee.

## 59058. SLAUGHTER v. STATE OF GEORGIA.

SHULMAN, Judge.

This court having entered on January 28, 1980, a judgment in the above-styled case, 153 Ga. App. 343 (265 SE2d 295), reversing the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *State v. Slaughter,* 246 Ga.174 (1980), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Quillian, P. J., and Carley, J., concur.*

SUBMITTED JANUARY 8, 1980 — DECIDED SEPTEMBER 3, 1980.

*Edward W. Szczepanski, Jr.,* for appellant.
*William J. Smith, District Attorney,* for appellee.